# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BILLIE, | CASE NO. 2:16-cv-08751-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SANTA BARBARA, ET AL., | |
| Defendants. | |

JS-6

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, **IT IS ADJUDGED** that the action is hereby dismissed with prejudice.[1]

DATED: November 27, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties have consented under 28 U.S.C. § 636(c)(1) to proceed before the undersigned U.S. Magistrate Judge for all proceedings in this case, including entry of judgment. (ECF Nos. 17, 36, 38).